

# NUMBER 13-19-00512-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**RONNIE HUERTA,**                                                                                              **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                                    **Appellee.**

---

### On appeal from the 107th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION
### Before Justices Benavides, Longoria, and Perkes
### Memorandum Opinion by Justice Benavides

Appellant, Ronnie Huerta, by and through his attorney, has filed a first amended motion to dismiss his appeal. Appellant moves this court to withdraw appellant's notice of appeal and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's

request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
5th day of December, 2019.